IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN H. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv393-MHT |
| | ) | (WO) |
| JOHN D. BREWER, | ) | |
| Individual, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff was sued in state court for breach of contract. Plaintiff argued that the contract was void ab initio, but the trial court rejected her argument and entered judgment against her, and the decision was upheld on appeal. Plaintiff then filed the instant lawsuit in federal court seeking to have the same contract declared void ab initio. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of subject-matter jurisdiction and that all pending motions be denied as moot. Also

before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of July, 2018.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**